NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM HOLLINS,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2026-1862

---

Petition for review of the Merit Systems Protection Board in No. CH-0752-26-0177-I-1.

---

**ON MOTION**

---

**O R D E R**

The United States Postal Service moves to modify the caption to name the Merit Systems Protection Board as respondent and for an extension of time for the Board to file the response brief.  The Board consents to the motion.  William Hollins has failed to timely submit, among other things, the docketing fee or motion for leave to proceed *in forma pauperis* and his Statement Concerning Discrimination on Federal Circuit Form 10.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the "merits on the underlying personnel action." Here, the Board dismissed William Hollins's appeal for lack of jurisdiction. Thus, the Board is the proper respondent in this petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to modify the caption is granted to the extent that the revised official caption and short caption are reflected in this order.

(2) This matter is dismissed for failure to file the Statement Concerning Discrimination, Fed. Cir. R. 15(c)(3), and the docketing fee or motion for leave to proceed *in forma pauperis*, Fed. Cir. R. 52(d).

FOR THE COURT



July 30, 2026
Date

Jarrett B. Perlow
Clerk of Court

Encls.: Fed. Cir. Form 6 (Motion and Declaration for Leave to Proceed *in Forma Pauperis*) and Form 10 (Statement Concerning Discrimination)